UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Borkon, Tressa F § Case No. 17-25357
§
§
Debtors(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/24/2017. The undersigned trustee was appointed on 08/24/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 10,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 60.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 9,940.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 12/29/2017 and the deadline for filing governmental claims was 02/20/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

     7. The Trustee's proposed distribution is attached as **Exhibit D.**

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,750.00, for a total compensation of $1,750.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $9.49 for total expenses of $9.49

    Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.

Date :   03/17/2018            By :   /s/ Elizabeth C. Berg

                                                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 17-25357    Judge: Janet S. Baer    Trustee Name: Elizabeth C Berg
Case Name: Borkon, Tressa F    Date Filed (f) or Converted (c): 08/24/2017 (f)
341(a) Meeting Date: 09/25/2017
For Period Ending: 03/17/2018    Claims Bar Date: 12/29/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 117 N. Sixth Street, Springfield (Parking Lot) | 30,630.00 | 10,000.00 | | 10,000.00 | 10,000.00 |
| 2. 2009 Honda Accord Estimated Mileage: 99025 Sedan LX | 5,525.00 | 0.00 | | 0.00 | FA |
| 3. Furniture amd Houshold Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 200.00 | 0.00 | | 0.00 | FA |
| 5. Clothes | 750.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 3,500.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 8. Checking BMO Harris | 700.00 | 0.00 | | 0.00 | FA |
| 9. Rental deposit Villages of Canterfield, West Dundee, IL | 100.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 42,005.00 | 10,000.00 | | 10,000.00 | 10,000.00 |

Re Prop. #1   Trustee has negotiated with Debtor to purchase the equity in the parking lot.  Sold per order dated 11/4/17 [dkt 19]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 19, 2018:  Trustee sold estate's interest in parking lot per order 11/4/17 [dkt 19].  Trustee prepared and filed her report of sale [dkt 27].  Trustee reviewed claims and prepared her TFR.

October 28, 2017:  Trustee investigated the  Estate's interest in a parking lot in Springfield, IL.  Trustee retained attorneys to assist her in liquidating the Estate's interest.  Trustee, with the assistance of her attorneys, negotiated with the Debtor for sale of the equity in the parking lot back to Debtor. Trustee filed motion to approve the proposed sale which is scheduled for 11-3-17.  The expiration of the claims bar date is February 20, 2018. Thereafter, TR will prepare her final report, distribute and proceed to close case.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-25357 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Borkon, Tressa F | | | Date Filed (f) or Converted (c): | 08/24/2017 (f) |
| | | | | 341(a) Meeting Date: | 09/25/2017 |
| For Period Ending: | 03/17/2018 | | | Claims Bar Date: | 12/29/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2018    **Current Projected Date of Final Report(TFR) :** 06/30/2018

**Trustee's Signature**    /s/Elizabeth C Berg    **Date:** 03/17/2018
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-25357 | Trustee Name: Elizabeth C Berg |
| Case Name: Borkon, Tressa F | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5344 Checking Account |
| Taxpayer ID No: **-***2478 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 3/17/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/18/2017 | [1] | Tressa Borkon<br>493 Woodview Rd<br>Lake Barrington, IL 60010 | Sale proceeds for vacant lot in Springfield, IL per order dated 11/4/17 [dkt 19] | 1110-000 | 10,000.00 | | 10,000.00 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,985.00 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,970.00 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,955.00 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,940.00 |
| | | | Page Subtotals | | 10,000.00 | 60.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-25357 | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|
| Case Name: | Borkon, Tressa F | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5344 Checking Account |
| Taxpayer ID No: | **-***2478 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/17/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | |
|---|---|---|
| **COLUMN TOTALS** | 10,000.00 | 60.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 10,000.00 | 60.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 10,000.00 | 60.00 |

| | | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 10,000.00 | | | | | |
| All Accounts Gross Disbursements: | 60.00 | | ******5344 Checking Account | 10,000.00 | 60.00 | |
| All Accounts Net: | 9,940.00 | | **Net Totals** | 10,000.00 | 60.00 | 9,940.00 |

UST Form 101-7-TFR (5/1/2011) (Page 6)                                                                                                **Exhibit B**

| Case: 17-25357 | | | | | | Elizabeth C Berg Trustee |
| Borkon, Tressa F | | CLAIMS REGISTER | | | | Dated: Mar 17, 2018 |
| | | | | | | EXHIBIT C Page 1 |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee 20 N. Clark Street Suite 200 Chicago, IL 60602 | 2100-000 ADMIN | Valid To Pay | 1,750.00 | 1,750.00 | 0.00 | 1,750.00 | 0.00 |
| | Elizabeth C. Berg, Trustee 20 N. Clark Street Suite 200 Chicago, IL 60602 | 2200-000 ADMIN | Valid To Pay | 0.00 | 9.49 | 0.00 | 9.49 | 0.00 |
| | Baldi Berg, Ltd. 20 N. Clark St., Suite 200 Chicago, IL 60602 | 3110-000 ADMIN | Valid To Pay | 952.50 | 952.50 | 0.00 | 952.50 | 0.00 |

**ADMINISTRATIVE TOTAL**             2,702.50      2,711.99      0.00      2,711.99      0.00

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00001 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355 | 7100-000 UNSEC | Valid To Pay | 111.10 | 111.10 | 0.00 | 87.97 | 23.13 |
| 00002 | Midland Funding LLC PO Box 2011 Warren, MI 48090 | 7100-000 UNSEC | Valid To Pay | 9,016.96 | 9,016.96 | 0.00 | 7,140.04 | 1,876.92 |

**UNSECURED TOTAL**             9,128.06      9,128.06      0.00      7,228.01      1,900.05

| | | | | | |
|---|---|---|---|---|---|
| **REPORT TOTALS** | | **11,830.96** | **11,840.05** | **0.00** | **9,940.00** | **1,900.05** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:  17-25357
Case Name:  Borkon, Tressa F

Trustee Name:  Elizabeth C Berg

Balance on Hand $9,940.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 9.49 | $ 0.00 | $ 9.49 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 952.50 | $ 0.00 | $ 952.50 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,711.99 |
| Remaining Balance | | | $ 7,228.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,128.06 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 79.2 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Capital One, N.A. c/o Becket and Lee | $ 111.10 | $ 0.00 | $ 87.97 |
| 00002 | Midland Funding LLC | $ 9,016.96 | $ 0.00 | $ 7,140.04 |
| Total to be paid to timely general unsecured creditors | | | | $ 7,228.01 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE