UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Borkon, Tressa F § Case No. 17-25357
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,625.00 (Without deducting any secured claims) | Assets Exempt: $4,750.00 |
| Total Distributions to Claimants: $7,228.01 | Claims Discharged Without Payment: $21,692.05 |
| Total Expenses of Administration: $2,771.99 | |

3) Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $18,125.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $2,762.50 | $2,771.99 | $2,771.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $19,928.00 | $9,128.06 | $9,128.06 | $7,228.01 |
| **TOTAL DISBURSEMENTS** | $38,053.00 | $11,890.56 | $11,900.05 | $10,000.00 |

4) This case was originally filed under chapter 7 on 08/24/2017. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   07/09/2018                          By :   /s/ Elizabeth C Berg
                                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 117 N. Sixth Street, Springfield (Parking Lot) | 1110-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ilini Bank | | $10,000.00 | NA | NA | $0.00 |
| | Pnc Bank | | $8,125.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $18,125.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3110-000 | NA | $952.50 | $952.50 | $952.50 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $0.00 | $9.49 | $9.49 |
| Texas Capital Bank | 2600-000 | NA | $60.00 | $60.00 | $60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,762.50 | $2,771.99 | $2,771.99 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | Midland Funding LLC | 7100-000 | NA | $9,016.96 | $9,016.96 | $7,140.04 |
| 00001 | Capital One, N.A. c/o Becket and | 7100-000 | $136.00 | $111.10 | $111.10 | $87.97 |
| | Barclays Bank Delaware | | $1,335.00 | NA | NA | $0.00 |
| | Chase | | $9,705.00 | NA | NA | $0.00 |
| | Chase | | $5,323.00 | NA | NA | $0.00 |
| | Chase | | $3,270.00 | NA | NA | $0.00 |
| | Dental Health & Aesthetics | | NA | NA | NA | $0.00 |
| | Ditech | | NA | NA | NA | $0.00 |
| | Sears Savings Bank | | NA | NA | NA | $0.00 |
| | Syncb/PLCC | | $159.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $19,928.00 | $9,128.06 | $9,128.06 | $7,228.01 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 17-25357 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Borkon, Tressa F | | | Date Filed (f) or Converted (c): | 08/24/2017 (f) |
| | | | | 341(a) Meeting Date: | 09/25/2017 |
| For Period Ending: | 07/09/2018 | | | Claims Bar Date: | 12/29/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 117 N. Sixth Street, Springfield (Parking Lot) | 30,630.00 | 10,000.00 | | 10,000.00 | FA |
| 2. 2009 Honda Accord Estimated Mileage: 99025 Sedan LX | 5,525.00 | 0.00 | | 0.00 | FA |
| 3. Furniture amd Houshold Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 200.00 | 0.00 | | 0.00 | FA |
| 5. Clothes | 750.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 3,500.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 8. Checking BMO Harris | 700.00 | 0.00 | | 0.00 | FA |
| 9. Rental deposit Villages of Canterfield, West Dundee, IL | 100.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 42,005.00 | 10,000.00 | | 10,000.00 | 0.00 |

**Re Prop. #1** Trustee has negotiated with Debtor to purchase the equity in the parking lot. Sold per order dated 11/4/17 [dkt 19]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**March 19, 2018:** Trustee sold estate's interest in parking lot per order 11/4/17 [dkt 19]. Trustee prepared and filed her report of sale [dkt 27]. Trustee reviewed claims and prepared her TFR.

**October 28, 2017:** Trustee investigated the Estate's interest in a parking lot in Springfield, IL. Trustee retained attorneys to assist her in liquidating the Estate's interest. Trustee, with the assistance of her attorneys, negotiated with the Debtor for sale of the equity in the parking lot back to Debtor. Trustee filed motion to approve the proposed sale which is scheduled for 11-3-17. The expiration of the claims bar date is February 20, 2018. Thereafter, TR will prepare her final report, distribute and proceed to close case.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 17-25357 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Borkon, Tressa F | | Date Filed (f) or Converted (c): 08/24/2017 (f) |
| | | 341(a) Meeting Date: 09/25/2017 |
| For Period Ending: 07/09/2018 | | Claims Bar Date: 12/29/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR):** 06/30/2018   **Current Projected Date of Final Report(TFR):** 06/30/2018

**Trustee's Signature**   /s/Elizabeth C Berg   **Date:** 07/09/2018
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-25357 | | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Borkon, Tressa F | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5344 Checking Account |
| Taxpayer ID No: | **-***2478 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 7/9/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/18/2017 | [1] | Tressa Borkon<br>493 Woodview Rd<br>Lake Barrington, IL 60010 | Sale proceeds for vacant lot in Springfield, IL per order dated 11/4/17 [dkt 19] | 1110-000 | 10,000.00 | | 10,000.00 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,985.00 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,970.00 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,955.00 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,940.00 |
| 05/18/2018 | 51001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 1,750.00 | 8,190.00 |
| | | | | Page Subtotals | 10,000.00 | 1,810.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-25357 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Borkon, Tressa F | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5344 Checking Account |
| Taxpayer ID No: | **-***2478 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 7/9/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/18/2018 | 51002 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 9.49 | 8,180.51 |
| 05/18/2018 | 51003 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 952.50 | 7,228.01 |
| 05/18/2018 | 51004 | Capital One, N.A. c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 79.18% to Claim #00001 | 7100-000 | | 87.97 | 7,140.04 |
| 05/18/2018 | 51005 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Disb of 79.18% to Claim #00002 | 7100-000 | | 7,140.04 | 0.00 |

| | | | | Page Subtotals | 0.00 | 8,190.00 |

| | | **COLUMN TOTALS** | 10,000.00 | 10,000.00 |
| | | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | | **SUBTOTALS** | 10,000.00 | 10,000.00 |
| | | Less: Payments to Debtors | | 0.00 |
| | | **Net** | 10,000.00 | 10,000.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-25357 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Borkon, Tressa F | Bank Name: | Texas Capital Bank |
|  |  | Account Number/CD#: | ******5344 Checking Account |
| Taxpayer ID No: | **-***2478 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 7/9/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
| --- | --- | --- |
| All Accounts Gross Receipts: | 10,000.00 | |
| All Accounts Gross Disbursements: | 10,000.00 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| ******5344 Checking Account | 10,000.00 | 10,000.00 | |
| **Net Totals** | 10,000.00 | 10,000.00 | 0.00 |